## Susan E. Heise, Appellant, v. Mary A. Wright et al., Appellees.

Gen. No. 42,110.

Heard in first division, first district, this court at February term, 1942; opinion filed October 26, 1942. Otto Baer and Marshal I. McMahon, for appellant; Payton J. Tuohy for certain appellee; Joseph F. Elward, for certain other appellee. Opinion by JUSTICE O'CONNOR. ''Not to be published in full.''

## Miller Fur Company, Appellant, v. Irene Gombossy, Appellee.

Gen. No. 42,146.

Heard in first division, first district, this court at February term, 1942; opinion filed October 26, 1942. Howard D. Moses, for appellant; no appearance for appellee. Opinion by JUSTICE O'CONNOR. ''Not to be published in full.''